United States District Court
Southern District of Texas
**ENTERED**
April 17, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| YODE INVESTMENTS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:17-CV-30 |
| | § | |
| CRUM & FORSTER SPECIALTY | § | |
| INSURANCE COMPANY, *et al*, | § | |
| | § | |
| Defendants. | § | |

### FINAL DISMISSAL ORDER

Before the Court is the parties' Joint Stipulation of Dismissal. Dkt. 9. Upon consideration of the joint stipulation, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

It is hereby **ORDERED** that any and all claims, causes of action, and requests for affirmative relief asserted or requested by Plaintiff against Defendant are hereby **Dismissed without prejudice**.

It is further **ORDERED** that all costs are taxed against the party incurring the same.

It is further **ORDERED** that all pending motions are hereby **DENIED as moot**.

This is a **Final Judgment.**

SIGNED at Galveston, Texas, this 17th day of April, 2017.

*George C. Hanks Jr.*
George C. Hanks Jr.
United States District Judge